UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                Criminal No. 04-525

vs.                                     Order of Reassignment

RASHEED BARNES

It is on this   25TH   day of March, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND TO JUDGE KATHARINE S. HAYDEN.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT