```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY


--------------------------------------
United States                         Criminal No.04-525 (KSH)

          Plaintiff.
    v.                                     O R D E R


Rasheed Barnes

          Defendant.
--------------------------------------
```

The Court seeking to resolve the defendant's pending motion and having been unable to determine the status of defendant's retained counsel; a member of the firm of Harkavy, Goldman, Goldman & Caprio, Esqs. having appeared pursuant to this Court's directions and the Court having directed Ms MacFarland to provide information forthwith concerning the firm's intentions to proceed; and good cause appearing,

It is on this 15th day of July, 2008

**ORDERED** that the Law Firm of record for Rasheed Barnes notify the Court no later than 10 days from the date of this Order about their intentions to represent Barnes in light of the Government's opposition to the motion for sentence reduction that is pending. By that deadline should new counsel be selected, said new counsel shall file his/her appearance.  No extensions of this deadline shall

be permitted.

/s/ Katharine S. Hayden

_____
Katharine S. Hayden, U.S.D.J.