# HARKAVY, GOLDMAN, GOLDMAN, CAPRIO & GERSTEIN, P.A.

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

MACLYN S. GOLDMAN (1927-1977)
ABRAHAM I. HARKAVY (1928-1999)
MARTIN S. GOLDMAN
NICHOLAS E. CAPRIO*
BRIAN M. GERSTEIN**
ILENE J. McFARLAND***

1140 BLOOMFIELD AVENUE
SUITE 106
WEST CALDWELL, NEW JERSEY 07006-7126

(973) 882-3555
TELECOPIER (973) 882-8717
(800) 341-7690

*ALSO MEMBER D.C. BAR
**ALSO MEMBER N.Y. BAR
***ALSO MEMBER P.A. BAR

July 24, 2008

Hon. Katherine S. Hayden, U.S.D.J.
United States Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

Re:   U.S. v. Rasheed Barnes
      Criminal No. 04-525

Dear Judge Hayden:

Please be advised that this firm shall continue to represent Rasheed Barnes in connection with the Motion to Modify his Sentence. I conferenced this matter with Nicholas E. Caprio and Martin S. Goldman. Mr. Caprio understands all the issues presented in this case and the time needed to adequately handle it. Mr. Caprio is prepared to devote the time and attention that is necessary to proceed with this matter, including the preparation of a brief and an appearance before Your Honor to present oral argument on behalf of Mr. Barnes. I shall be assisting Mr. Caprio in this case.

I advised Mr. Caprio of the opposition that has been filed to our Motion and due to the complexity of the arguments that we must make he has authorized me to request thirty (30) days to prepare and submit our brief in opposition.

Kindly contact me with any issues the court has including briefing schedules or calendar issues. I know the Court has previously been frustrated with the firm's response to messages left for Mr. Goldman. However, since I will be assisting Mr. Caprio I can act as a contact person, and I can always be reached at the office number, on my cell number of (201) 615-8298 or via email, ijm7864@aol.com.

Thank you for your time and attention to this matter.

Respectfully yours,

ILENE J. McFARLAND

*Request Granted.
Brief is 30 days from the date of this order.
SO ORDERED
Katharine S. Hayden, USDJ