# HARKAVY, GOLDMAN, GOLDMAN, CAPRIO & GERSTEIN, P.A.

*A PROFESSIONAL CORPORATION*

## COUNSELLORS AT LAW

MACLYN S. GOLDMAN (1927-1977)
ABRAHAM I. HARKAVY (1928-1999)
MARTIN S. GOLDMAN
NICHOLAS E. CAPRIO*
BRIAN M. GERSTEIN**
ILENE J. McFARLAND***

1140 BLOOMFIELD AVENUE
SUITE 106
WEST CALDWELL, NEW JERSEY 07006-7126
(973) 882-3555
TELECOPIER (973) 882-8717
(800) 341-7690

* ALSO MEMBER D.C. BAR
** ALSO MEMBER N.Y. BAR
*** ALSO MEMBER P.A. BAR

August 25, 2008

Honorable Katherine S. Hayden, U.S.M.J.
United States Post Office &
Courthouse Building - Room 311
Newark, NJ 07101

**Re: U.S. v. Rasheed Barnes
Docket No. 04-00525-001**

Dear Judge Hayden:

Kindly allow this letter to confirm that we have been granted an extension of time to submit our Brief on behalf of Defendant, Rasheed Barnes, in connection with the above captioned matter. The brief is now due this Wednesday, August 27, 2008 by 3:00 p.m.

Thank you for your courtesies and understanding.

Respectfully submitted,

ILENE J. McFARLAND

IJM/hz
cc: Anthony Mahajan, A.U.S.A.

SO ORDERED
Katharine S. Hayden
USDJ

8/25/08